JACOB OPPENHEIMER, Respondent, *v.* ASAHEL W. HUMPHREYS
et al., Administrators, etc., Appellants.

(Argued January 22, 1891; decided February 6, 1891.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order

made May 9, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court and affirmed an order denying a motion for a new trial.

*Robert F. Little* for appellants.

*Clemens J. Kracht* for respondent.

Agree to affirm, on opinion of VAN BRUNT, J., below.
All concur.
Judgment affirmed. ·